

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
August 10, 2005

Clerk, United States District Court
for the District of Connecticut
Richard C. Lee   United States Courthouse
141 Church Street
New Haven, CT. 06510

**IN RE: MDL 1686   In Re IRAQ AFGHANISTAN DETAINEES LITIGATION**

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 6/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
|---|---|---|
| **Arkan Mohammed Ali, et al. v. Thomas Pappas** | C.A. No. 3:05-371 | C.A. No. 1: 05-1377 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By *Katherine S. Snuffer*
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Thomas F. Hogan
      Harold Smith, Courtroom Clerk
      Laura Chipley, Docket Clerk




Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
August 10, 2005

Clerk, United States District Court
for the Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

### IN RE: MDL 1686   In Re IRAQ AFGHANISTAN DETAINEES LITIGATION

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 6/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
|---|---|---|
| **Arkan Mohammed Ali, et al. v. Donald H. Rumsfeld** | C.A. No. 1:05-1201 | C.A. No. 1: 05-1378 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Thomas F. Hogan
      Harold Smith, Courtroom Clerk
      Laura Chipley, Docket Clerk

Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
August 10, 2005

Clerk, United States District Court
for the District of South Carolina
1453 Strom Thurmond Federal Courthouse
1845 Assembly Street
Columbia, SC  29201-2431

### IN RE: MDL 1686   In Re IRAQ AFGHANISTAN DETAINEES LITIGATION

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 6/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| Title of Case | Your Number | Our Number |
|---|---|---|
| **Arkan Mohammed Ali, et al. v. Janis Karpinski** | C.A. No. 9:05-654 | C.A. No. 1: 05-1379 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By /s/ Katherine S. Snuffer
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Thomas F. Hogan
      Harold Smith, Courtroom Clerk
      Laura Chipley, Docket Clerk



Clerk's Office
United States District Court
For the District of Columbia
Washington, DC 2001
August 10, 2005

Clerk, United States District Court
for the Southern District of Texas
P.O. Box 61010
Houston, TX 77208-1010

### IN RE: MDL 1686   In Re IRAQ AFGHANISTAN DETAINEES LITIGATION

Dear Clerk:

Enclosed is a certifed copy of the Transfer Order entered by the Judicial Panel on Multidistrict Litigation. The Order became effective on 6/17/05. We have assigned a new individual civil action number to your case to be transferred to us as listed below.

Please send us your file along with a certified copy of your docket entries. When you send your file, please refer and type on your cover letter our Civil Action number.

| **Title of Case** | **Your Number** | **Our Number** |
|---|---|---|
| **Arkan Mohammed Ali, et al. v. Richardo Sanchez** | C.A. No. 7:05-65 | C.A. No. 1: 05-1380 |

Sincerely,

NANCY MAYER-WHITTINGTON, CLERK

By_____
Katherine S. Snuffer
Trainer/Quality Control Specialist (202) 354-3183

cc:   MDL Panel
      Nancy Mayer-Whittington, Clerk
      Judge Thomas F. Hogan
      Harold Smith, Courtroom Clerk
      Laura Chipley, Docket Clerk